**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FELIPE VEGA,**

    Plaintiff,

v.                                      No. 22-cv-0624 GBW/SMV

**CENTURYLINK COMMUNICATIONS, LLC,**

    Defendant.

<u>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**</u>

**Date and time:**     October 11, 2022 at 10:30 a.m. MDT

**Matter to be heard:**   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **October 11, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference and further be prepared to discuss how the case should proceed, e.g., discovery, briefing, etc.

    **IT IS SO ORDERED.**

                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**