IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FELIPE VEGA,**

    **Plaintiff,**

v.                                                                                             No. 22-cv-0624 GBW/SMV

**CENTURYLINK COMMUNICATIONS, LLC,**

    **Defendant.**

## ORDER SETTING STATUS CONFERENCE

**Date and time**:     December 6, at 1:30 p.m. MST

**Matter to be heard**:     Status Conference

    A telephonic Status Conference is hereby set for **December 6, 2022, at 1:30 p.m. MST**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**