IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FELIPE VEGA,

    Plaintiff,

v.                                                        No. 22-cv-0624 GBW/SMV

CENTURYLINK COMMUNICATIONS, LLC,

    Defendant.

## ORDER RESETTING STATUS CONFERENCE

**Date and time**:    December 13, at 1:30 p.m. MST

**Matter to be heard**:    Status Conference

    The telephonic Status Conference originally set for December 6, 2022, at 1:30 p.m. MST is hereby reset for **December 13, 2022, at 1:30 p.m. MST**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

*[signature]*

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**